# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

**Bill To:**

Customer Name

Customer Address

City, State, Zip                    , ,

**For Project**

NYED 18-cv-00417 Zhu v. Wanrong Trading Corp. et al

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| Maggie Huang3 | 01-12-18 | Scan and Verify ID | 0.10 | 150 | 15.00 |
| Maggie Huang3 | 01-12-18 | Set Up the Text Message, WeChat & Line | 1.40 | 150 | 210.00 |
| John Troy13 | 01-12-18 | Initial Telephone Conference with Plaintiff(s) Zhu, Lizhen | 0.50 | 650 | 325.00 |
| John Troy13 | 01-14-18 | Create Binder, Set Up/Key in Database | 1.10 | 650 | 715.00 |
| John Troy13 | 01-14-18 | Prepare and Sign Retainer with Client(s) - retainer | 0.80 | 650 | 520.00 |
| John Troy13 | 01-14-18 | Meet with Client(s) - Intakes Zhu, Lizhen | 2.10 | 650 | 1365.00 |
| John Troy13 | 02-05-18 | Research: Property in Defendants Name via Libor Acris PropertyShark | 0.50 | 650 | 325.00 |
| John Troy13 | 02-05-18 | Research: Search Corp & Biz Entity Database | 0.50 | 650 | 325.00 |
| John Troy13 | 02-05-18 | Research: DMV/ Vehicle Plate Number | 0.40 | 650 | 260.00 |
| John Troy13 | 02-05-18 | Research: Dft Website | 0.75 | 650 | 487.50 |
| John Troy13 | 02-05-18 | Research: Property at Addresses Known via Libor Acris PropertyShark | 0.40 | 650 | 260.00 |
| John Troy13 | 02-05-18 | Research: Lexis Nexis /Legal /Others | 1.30 | 650 | 845.00 |
| John Troy13 | 02-05-18 | Research: ABC Board on Liquor Licensese | 0.40 | 650 | 260.00 |
| John Troy13 | 02-14-18 | Draft the Complaint | 4.50 | 650 | 2925.00 |
| John Troy13 | 03-01-18 | Review the Complaint | 0.80 | 650 | 520.00 |
| John Troy13 | 03-12-18 | Finalize the Complaint, Summons & Civil Cover Sheet USDC | 0.90 | 650 | 585.00 |
| John Troy13 | 03-12-18 | File the Complaint, Summons & Civil Cover Sheet USDC | 3.50 | 650 | 2275.00 |
| John Troy13 | 05-25-18 | Review Magistrate Judge Individual Practices | 0.50 | 650 | 325.00 |
| Preethi Kilaru4 | 05-25-18 | Prepare copies to Serve Summons & Complaint | 0.40 | 200 | 80.00 |
| John Troy13 | 05-25-18 | Review the Court Notice with AO 85 Consent to a Magistrate Judge | 0.20 | 650 | 130.00 |
| Preethi Kilaru4 | 05-25-18 | Key In Complaint Service Due Date and Expected Date of Return of Service | 0.33 | 200 | 66.00 |
| John Troy13 | 05-25-18 | Review District Judge Individual Practices | 0.50 | 650 | 325.00 |
| Preethi Kilaru4 | 06-07-18 | Review for Accuracy and Scan Proof of Service | 1.20 | 200 | 240.00 |
| Preethi Kilaru4 | 06-11-18 | ECF Proof of Service Dkt. Nos. 7-12 | 0.50 | 200 | 100.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

Thursday, April 20, 2025

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| John Troy13 | 06-27-18 | Review Notice of Appearance Joshua Issac Feinstein on behalf of All Defendants | 0.10 | 650 | 65.00 |
| John Troy13 | 06-27-18 | Review Rule 7.1 Statement | 0.10 | 650 | 65.00 |
| John Troy13 | 06-27-18 | Review Notice of Appearance Peter C. Godfrey on behalf of All Defendants | 0.10 | 650 | 65.00 |
| John Troy13 | 06-27-18 | Review Answer to the complaint, AD, CC & Jury Demand | 1.75 | 650 | 1137.50 |
| John Troy13 | 06-29-18 | Scheduling Order | 0.33 | 650 | 214.50 |
| Aaron Schweitzer08 | 07-13-18 | draft email to OC re rescheduling IPTC | 0.17 | 400 | 68.00 |
| John Troy13 | 07-13-18 | Confer OC re adjournment | 0.25 | 650 | 162.50 |
| John Troy13 | 07-18-18 | Review order granting Motion to adjourn conf | 0.33 | 650 | 214.50 |
| John Troy13 | 07-18-18 | Review Letter Motion to adjourn conf | 0.33 | 650 | 214.50 |
| John Troy13 | 07-30-18 | Conf and Revise with OC to Finalize Case Mgmt Plan | 1.25 | 650 | 812.50 |
| John Troy13 | 08-01-18 | Review Case | 1.00 | 650 | 650.00 |
| John Troy13 | 08-02-18 | Plaintiff(s)' Initial Disclosures with Damages Calculations | 1.75 | 650 | 1137.50 |
| John Troy13 | 08-02-18 | IPTC | 4.42 | 650 | 2873.00 |
| Aaron Schweitzer08 | 08-03-18 | Review Intial Conf Order | 0.33 | 400 | 132.00 |
| Aaron Schweitzer08 | 08-03-18 | Plaintiff(s)' Doc Production Requests | 2.75 | 400 | 1100.00 |
| Aaron Schweitzer08 | 08-03-18 | Plaintiff(s)' Interrogatories | 2.25 | 400 | 900.00 |
| Preethi Kilaru4 | 08-06-19 | Appt Client for MCCC | 0.10 | 200 | 20.00 |
| Aaron Schweitzer08 | 08-06-18 | Review Docket Report 13-cv-01727 | 0.60 | 400 | 240.00 |
| Aaron Schweitzer08 | 08-24-18 | Draft Affidavit of Plaintiff(s) in Support of MCCCC | 1.75 | 400 | 700.00 |
| Aaron Schweitzer08 | 08-24-18 | Intake Client for MCCC | 1.00 | 400 | 400.00 |
| Aaron Schweitzer08 | 08-25-18 | Revise with Client Affidavit of MCCC | 0.75 | 400 | 300.00 |
| Aaron Schweitzer08 | 08-29-18 | Draft Plaintiff(s)' Doc Production Requests | 2.75 | 400 | 1100.00 |
| Aaron Schweitzer08 | 08-29-18 | Draft Plaintiff(s)' Initial Disclosures with Damages Calculations | 1.75 | 400 | 700.00 |
| Aaron Schweitzer08 | 08-29-18 | Draft Plaintiff(s)' Request for Admission, Review Answer | 1.00 | 400 | 400.00 |
| Aaron Schweitzer08 | 08-29-18 | Draft Plaintiff(s)' EBT Notice, Def | 0.75 | 400 | 300.00 |
| Aaron Schweitzer08 | 08-29-18 | Draft Plaintiff(s)' Interrogatories | 2.25 | 400 | 900.00 |
| Preethi Kilaru4 | 09-05-18 | Review, Finalize and Send Plaintiff(s)' ID+Rogs+EBT Notice to OC | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 09-05-18 | Print and Mail to OC Copy of Plaintiff(s)' Initial Disclosures with Damages Calculations | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 09-05-18 | Print and Mail to OC Copy of Plaintiff(s)' Interrogatories | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 09-05-18 | Print and Mail to OC Copy of Plaintiff(s)' Doc Production Requests | 0.25 | 200 | 50.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

Thursday, April 20, 2023

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 09-05-18 | Print and Mail to OC Copy of Plaintiff(s)' EBT Notice, Def | 0.25 | 200 | 50.00 |
| Aaron Schweitzer08 | 09-05-18 | Download Def Rogs and DPR, Calendar Deadline 30 days wn Receipt | 0.75 | 400 | 300.00 |
| Aaron Schweitzer08 | 09-05-18 | Review Defendant's Document Production Requests | 2.00 | 400 | 800.00 |
| Aaron Schweitzer08 | 09-05-18 | Review Defendant's Interrogatories | 3.00 | 400 | 1200.00 |
| Aaron Schweitzer08 | 09-05-18 | Review Def's EBT Notice | 0.50 | 400 | 200.00 |
| Aaron Schweitzer08 | 09-07-18 | Revise and ECF Letter Motion for MCCC | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 09-14-18 | email oc | 0.12 | 200 | 24.00 |
| Preethi Kilaru4 | 09-19-18 | Scan evidence Zhu, LiZhen Tax Forms and Paystubs | 1.75 | 200 | 350.00 |
| Preethi Kilaru4 | 09-19-18 | Draft Client Response to D's Rogs + Doc Production Requests | 1.25 | 200 | 250.00 |
| Preethi Kilaru4 | 09-19-18 | Intake Client RE Response to D's Rogs + Doc Production Requests | 1.75 | 200 | 350.00 |
| Preethi Kilaru4 | 09-19-18 | Redact Plf Discovery Production, Bates Index | 1.90 | 200 | 380.00 |
| Preethi Kilaru4 | 09-24-18 | Further Intake Client RE Response to D's Rogs + Doc Production Requests | 1.75 | 200 | 350.00 |
| Aaron Schweitzer08 | 09-25-18 | MCCC oral argument/status conference | 0.58 | 400 | 232.00 |
| Aaron Schweitzer04 | 09-25-18 | 3 + 7 to Flushing | 1.50 | 200 | 300.00 |
| Aaron Schweitzer04 | 09-25-18 | 7 + 3 to EDNY | 1.25 | 200 | 250.00 |
| Aaron Schweitzer08 | 09-25-18 | MCCC oral argument/status conference prep | 0.25 | 400 | 100.00 |
| Aaron Schweitzer08 | 09-27-18 | Review Client Response to D's Rogs + Doc Production Requests | 3.00 | 400 | 1200.00 |
| Preethi Kilaru4 | 10-02-18 | Review the Document production and Revise the proposed notice of pendancy and ECF | 0.83 | 200 | 166.00 |
| Preethi Kilaru4 | 10-02-18 | download def response and access | 0.25 | 200 | 50.00 |
| Aaron Schweitzer08 | 10-02-18 | Draft Proposed Notice of Pendency (English) | 1.25 | 400 | 500.00 |
| Aaron Schweitzer08 | 10-03-18 | Review OC MfExtension to Respond to Notice of Pendency and Order Granting | 0.25 | 400 | 100.00 |
| Aaron Schweitzer08 | 10-03-18 | Submit Revised Notice of Pendency | 0.23 | 400 | 92.00 |
| Aaron Schweitzer08 | 10-04-18 | Revise and Email to OC Draft Proposed Notice of Pendency (English) | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 10-04-18 | Follow Up OC Notice of Plf Deposition of Def | 0.25 | 200 | 50.00 |
| Aaron Schweitzer08 | 10-05-18 | ACDP JO order for status conf, email OC | 0.25 | 400 | 100.00 |
| Preethi Kilaru4 | 10-08-18 | Email OC regarding the Deposition Dates | 0.22 | 200 | 44.00 |
| Aaron Schweitzer08 | 10-08-18 | emailed OC requesting to reschedul, drafted proposed reschudling letter | 0.50 | 400 | 200.00 |
| Preethi Kilaru4 | 10-08-18 | read previous emails redarding to depo dates and acdpt | 1.27 | 200 | 254.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

Thursday, April 20, 2025

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Aaron Schweitzer08 | 10-11-18 | drafted and filed letter to reschedule status conference and attached notice of pendency | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 10-11-18 | Amended Motion to adjourn the conference and ECF the stip | 0.70 | 200 | 140.00 |
| Preethi Kilaru4 | 10-12-18 | Access and Download Notice of order finding as moot Motion to adjourn conference | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 10-12-18 | follow up with wanrong deposition date | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 10-18-18 | Email OC regarding the Deposition dates | 0.10 | 200 | 20.00 |
| Preethi Kilaru4 | 12-21-18 | Review the Judges ordwer and Email OC to produce the namelist | 0.42 | 200 | 84.00 |
| TIFFANY TROY03 | 12-28-18 | Translate Proposed Notice of Pendency and Consent to Sue Form from English to Chinese/ Spanish/ Korean | 2.00 | 150 | 300.00 |
| Aaron Schweitzer08 | 01-08-19 | Review Order Approving MCCC: details | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 01-08-19 | Requested the updated namelist | 0.13 | 200 | 26.00 |
| Preethi Kilaru4 | 01-16-19 | Download, Print and Review the namelist and chategarize the names | 0.87 | 200 | 174.00 |
| Preethi Kilaru4 | 01-18-19 | Input Names into Database | 3.00 | 200 | 600.00 |
| Aaron Schweitzer08 | 02-17-19 | Seeking Consent to Adjourn Conf | 0.20 | 400 | 80.00 |
| John Troy13 | 02-19-19 | Revise Plf Req to Adjourn Status Conf, File | 0.20 | 650 | 130.00 |
| John Troy13 | 02-19-19 | Draft Plf Req to Adjourn Status Conf, Conf OC | 0.30 | 650 | 195.00 |
| Preethi Kilaru4 | 02-25-19 | Review Case and Draft Status Letter and Ecf court and Email OC | 0.75 | 200 | 150.00 |
| Aaron Schweitzer08 | 02-28-19 | status conference + travel from | 1.75 | 400 | 700.00 |
| Aaron Schweitzer08 | 03-01-19 | Status Report | 0.50 | 400 | 200.00 |
| Aaron Schweitzer08 | 03-08-19 | Read, access, calendar, download notice of appearance and pretrial conference | 0.75 | 400 | 300.00 |
| Aaron Schweitzer08 | 03-19-19 | Draft Letter to Approve Revised Notice of pendency and Review the Revised notice of pendency and ecf to the court | 0.72 | 400 | 288.00 |
| Aaron Schweitzer08 | 04-03-19 | Review Order Approving Revised Notice of Pendency | 0.20 | 400 | 80.00 |
| Aaron Schweitzer08 | 04-09-19 | back and forth email with OC re ext discovery deadline | 0.17 | 400 | 68.00 |
| Aaron Schweitzer08 | 04-09-19 | Draft letter extension of discovery and email oc requesting to consent to three months | 0.48 | 400 | 192.00 |
| Aaron Schweitzer08 | 04-10-19 | Revise the motion to extend time to compelte disc and fill in defendants position | 0.50 | 400 | 200.00 |
| Preethi Kilaru4 | 04-11-19 | Review and Calendar Amended Case Management Plan | 0.25 | 200 | 50.00 |
| TIFFANY TROY03 | 05-29-19 | Translate Proposed Notice of Pendency and Consent to Sue Form from English to Chinese/ Spanish/ Korean | 2.50 | 150 | 375.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 05-31-19 | Input Names into Database | 1.45 | 200 | 290.00 |
| Preethi Kilaru4 | 06-01-19 | Prepare Mailing Notice of Pendency with SASE and Return Envelope | 6.00 | 200 | 1200.00 |
| TIFFANY TROY03 | 06-01-19 | Prepare Mailing Notice of Pendency with SASE and Return Envelope | 6.00 | 150 | 900.00 |
| Preethi Kilaru4 | 06-01-19 | Prepare Mailing Notice of Pendency with SASE and Return Envelope | 6.00 | 200 | 1200.00 |
| Preethi Kilaru4 | 06-01-19 | Print Notice of Pendency | 2.20 | 200 | 440.00 |
| Preethi Kilaru4 | 06-01-19 | Print Envelopes | 2.20 | 200 | 440.00 |
| Preethi Kilaru4 | 06-03-19 | Post Office Mailing | 1.00 | 200 | 200.00 |
| Preethi Kilaru4 | 06-07-19 | Arrange Clients Transportation to Settlement | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 06-14-19 | Draft MCCC Notice of Pendency update to court | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 06-17-19 | Notice of Pendency Plaintiffs' Status Report RE Notice of Pendency Mailing Filed | 0.20 | 200 | 40.00 |
| Preethi Kilaru4 | 06-24-19 | Call Chambers Regarding Conference and Review the Order for Adjorunemnt | 0.20 | 200 | 40.00 |
| Aaron Schweitzer08 | 07-02-19 | Draft, Email OC and File Request for Clarification of Order Granting MCCC | 0.75 | 400 | 300.00 |
| Preethi Kilaru4 | 07-09-19 | Prepare and Print Spanish MCCC Notice of Pendency and Consent to Sue | 2.00 | 200 | 400.00 |
| Preethi Kilaru4 | 07-09-19 | Review and revise namelist in access | 0.75 | 200 | 150.00 |
| Preethi Kilaru4 | 07-10-19 | File MCCC Status Update | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 07-10-19 | Prepare Mailing Notice of Pendency with SASE and Return Envelope, Spanish | 2.00 | 200 | 400.00 |
| Preethi Kilaru4 | 07-16-19 | Reprint Consent to Sue Form | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 08-06-19 | Draft Letter Motion to Adjourn the Settle Confer | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 08-06-19 | Email OC for consent to adjourn the conf; review the Deadlines | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 08-07-19 | Email OC back and forth following up on the adjournment | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 08-12-19 | Ecf the Request for Adjournment and Download and Access 45 | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 08-12-19 | Draft letter motion to adjourn the conference | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 08-14-19 | Download Clients W-4 and W9 forms from line | 0.12 | 200 | 24.00 |
| Preethi Kilaru4 | 09-07-19 | Inform Clients to Appear to the Settlement Conf | 0.50 | 200 | 100.00 |
| Aaron Schweitzer08 | 09-09-19 | Draft and fax to MJ ex-parte settlement letter | 2.75 | 400 | 1100.00 |
| Preethi Kilaru4 | 09-09-19 | Email OC to req to produce furhter information regarding the Opt In Plfs | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 09-10-19 | Revise the Settle Statement and have Aaron Review | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 09-10-19 | Draft Letter to adjourn the Settle Conf; Ecf | 0.42 | 200 | 84.00 |
| Aaron Schweitzer08 | 09-11-19 | sett conf + travel to | 1.75 | 400 | 700.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!
Page 5 of 13

Thursday, April 20, 2023

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 09-11-19 | Scan the Def Exhibits of Plf Ortega | 0.33 | 200 | 66.00 |
| Aaron Schweitzer08 | 09-19-19 | review, confer with OC | 0.25 | 400 | 100.00 |
| Preethi Kilaru4 | 09-19-19 | Access, Download, Calendar and Review Doc. [47,50] | 0.15 | 200 | 30.00 |
| Aaron Schweitzer08 | 09-24-19 | prepare for sett conf + JPTO potion do | 2.58 | 400 | 1032.00 |
| Aaron Schweitzer08 | 09-25-19 | attend status/sett conf +  travel back and forth | 4.00 | 400 | 1600.00 |
| Preethi Kilaru4 | 09-27-19 | Access, Download, Calendar and Review Doc. [51-53] | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 09-30-19 | Draft Letter M to Adjourn the Status Conf and Ecf and ACDPT | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 09-30-19 | Email OC with proposed Dates to Adjourn the conf and Call Oc to get alternative Dates and Call Chambers | 0.17 | 200 | 34.00 |
| Aaron Schweitzer08 | 10-01-19 | Damage calculation completed for ortega | 1.75 | 400 | 700.00 |
| Preethi Kilaru4 | 10-01-19 | Speak to Clerk; Call OC; Talk to JT and Reschedule the Conf hearing and inform client to appear for the status hearing | 0.67 | 200 | 134.00 |
| Aaron Schweitzer08 | 10-02-19 | Damage Calculation for plt Diaz Cruz | 1.83 | 400 | 732.00 |
| Preethi Kilaru4 | 10-02-19 | ACDPT NLRB charge sheet | 0.17 | 200 | 34.00 |
| Aaron Schweitzer08 | 10-02-19 | attend status conf | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 10-07-19 | Review order 54 and ACDPT ; email ourself the order | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 10-15-19 | Revise the letter Motion for Sanctions and give it to AS for review | 0.33 | 200 | 66.00 |
| Aaron Schweitzer08 | 10-16-19 | revise letter obj sanctions | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 10-16-19 | confer with JT and AS regarding the Judges order for sanctions | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 10-21-19 | Review Def letter and email the OC consenting to file the letter to stay the dispositive motions | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 11-26-19 | Update Client with case status for Astudillo | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 12-03-19 | Talk to the clerk regarding the Req to adjourn the confs | 0.15 | 200 | 30.00 |
| Preethi Kilaru4 | 12-03-19 | Write Letter Req to adjourn conf to Judge Orenstein and Judge Glasser and Ecf to the court | 0.67 | 200 | 134.00 |
| Preethi Kilaru4 | 12-04-19 | ACDPT doc 66-69 | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 12-04-19 | Draft NOA for Lim and Ecf it | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 12-05-19 | Draft Case Note re Status Conference | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 12-09-19 | Acdpt doc no 70o-70+1 | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 01-07-20 | Follow up email to def on the class settlement documents | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 01-13-20 | talk with Judge Glasser's clerk; write to court to adjourn 20200114 status conf | 0.25 | 400 | 100.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

Thursday, April 20, 2025

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Preethi Kilaru4 | 01-22-20 | Acdpt Dkt No 72-73 | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 02-11-20 | Review defendants email and email back requesting to produce information on class documents | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 02-13-20 | Email OC with reregarding to Scheudling conference | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 02-13-20 | tel status conf | 0.25 | 400 | 100.00 |
| Preethi Kilaru4 | 02-14-20 | Acdpt Tele Conf scheduled for 20200422@1430 with Judge Glasser | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 03-27-20 | Email OC requesting the status of the class employment records | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 03-27-20 | review the case and update the access query; | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 04-14-20 | Draft Parties status report on Class Settlement and email oc | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 04-14-20 | Confer with AS and Email the Court with the Plfs position on the telephone conf | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 04-17-20 | Revise the status letter and email oc | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 04-20-20 | Finalize the Status Letter Re Settlement Discussions and Ecf and ACDPT dkt no. 76-77 | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 05-19-20 | follow up on the class doc production | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 06-09-20 | EmaiL OC following up on the class discovery doc production | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 06-10-20 | Draft status report | 1.17 | 400 | 468.00 |
| Preethi Kilaru4 | 06-19-20 | Review stip and email oc with the proposed confidentiality | 1.00 | 200 | 200.00 |
| Preethi Kilaru4 | 06-23-20 | Revise Status report and email oc and Ecf to the Court | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 06-23-20 | Download Documents sent by OC | 0.33 | 200 | 66.00 |
| Preethi Kilaru4 | 06-24-20 | Called Ortega to schedule review of production documents | 0.40 | 200 | 80.00 |
| Aaron Schweitzer08 | 06-28-20 | review sample class member "BZN" spring 2015 time and pay records | 1.17 | 400 | 468.00 |
| Aaron Schweitzer08 | 06-28-20 | review sample class member "BZN" 2014 time and pay records | 2.50 | 400 | 1000.00 |
| TIFFANY TROY03 | 06-28-20 | Doc Production review with client Astudillo | 0.83 | 150 | 124.50 |
| Aaron Schweitzer08 | 06-30-20 | Organize Documents and Draft Class damage calculations | 1.22 | 400 | 488.00 |
| Aaron Schweitzer08 | 06-30-20 | Organize Documents and Draft Class damage calculations | 2.50 | 400 | 1000.00 |
| Aaron Schweitzer08 | 06-30-20 | Organize Documents and Draft Class damage calculations | 3.28 | 400 | 1312.00 |
| Aaron Schweitzer08 | 07-01-20 | Organize Documents and Draft Class damage calculations | 3.00 | 400 | 1200.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

Thursday, April 20, 2023

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Aaron Schweitzer08 | 07-01-20 | Organize Documents and Draft Class damage calculations | 3.75 | 400 | 1500.00 |
| Aaron Schweitzer08 | 07-02-20 | Organize Documents and Draft Class damage calculations | 8.00 | 400 | 3200.00 |
| Aaron Schweitzer08 | 07-03-20 | Organize Documents and Draft Class damage calculations | 8.00 | 400 | 3200.00 |
| Aaron Schweitzer08 | 07-05-20 | Organize Documents and Draft Class damage calculations | 3.50 | 400 | 1400.00 |
| Aaron Schweitzer08 | 07-05-20 | Organize Documents and Draft Class damage calculations | 4.00 | 400 | 1600.00 |
| Aaron Schweitzer08 | 07-07-20 | Organize Documents and Draft Class damage calculations | 3.00 | 400 | 1200.00 |
| Aaron Schweitzer08 | 07-07-20 | Organize Documents and Draft Class damage calculations | 0.92 | 400 | 368.00 |
| Aaron Schweitzer08 | 07-08-20 | Organize Documents and Draft Class damage calculations | 1.67 | 400 | 668.00 |
| Aaron Schweitzer08 | 08-20-20 | review class damage calculations & formulate class demand | 0.67 | 400 | 268.00 |
| Preethi Kilaru4 | 08-24-20 | Draft Status Letter and email OC and Ecf to the Court | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 08-26-20 | ACDPT dkt no. 80-81 | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 09-05-20 | Review and Download Dkt No. 82-82o1 Order grantign M to withdraw as attorney; | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 09-05-20 | Follow up on class settlement discussion with OC | 0.03 | 200 | 6.00 |
| Preethi Kilaru4 | 09-15-20 | EmaiL OC following up on the class settlement discussion | 0.02 | 200 | 4.00 |
| Preethi Kilaru4 | 09-26-20 | Schedule the telephone conf for Class Settlement Discussion between parties | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 09-30-20 | Set up a conference call for Class Settlement discussions with OC | 0.17 | 200 | 34.00 |
| Aaron Schweitzer08 | 10-01-20 | confer with OC re: settlement class | 0.17 | 400 | 68.00 |
| Preethi Kilaru4 | 10-01-20 | Compile the Class Damage Calculations and email OC for class settlement purposes | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 10-27-20 | Review Defendants Status Letter and email OC back  with the Status Letter | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 11-11-20 | EmaiL OC requesting status on the class settle discussions | 0.05 | 200 | 10.00 |
| Preethi Kilaru4 | 12-02-20 | EmaiL OC requesting status on the Class Settle Discussions | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 12-11-20 | confer with OC Peter re settlement | 0.17 | 400 | 68.00 |
| Preethi Kilaru4 | 12-15-20 | ACDPT Dkt No. 84+1 Order reassigning the case to Judge Bulsara | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 01-04-21 | Revise the Status Letter ad Ecf | 0.15 | 200 | 30.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 02-03-21 | Email OC req follow up on the settle | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 02-04-21 | Draft Status letter and email oc and call to follow up on the Letter and ECF | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 02-16-21 | Email oc requesting status on the class settlement discussion | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 02-25-21 | Email OC on the class settlement discussions | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 03-04-21 | Draft Status Letter and Email OC and ECF to the Court | 0.33 | 200 | 66.00 |
| Preethi Kilaru4 | 03-17-21 | Review the Def Class Settle Offer | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 04-02-21 | Draft Status Letter and Email oc and ECF to the Court on Settle Discussions | 0.50 | 200 | 100.00 |
| Aaron Schweitzer08 | 04-29-21 | review documents re class settlement | 4.50 | 400 | 1800.00 |
| Aaron Schweitzer08 | 04-30-21 | confer w/JT re settlement offer | 0.58 | 400 | 232.00 |
| Aaron Schweitzer08 | 04-30-21 | revise Ortega damage calculation (2019 - 2017) | 3.00 | 400 | 1200.00 |
| Preethi Kilaru4 | 05-03-21 | EmaiL OC following up on class settlement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 05-04-21 | Draft and email oc and ECF to the Court status report | 0.33 | 200 | 66.00 |
| Aaron Schweitzer08 | 05-10-21 | confer w/OC re settlement | 0.17 | 400 | 68.00 |
| Preethi Kilaru4 | 05-24-21 | Email OC following up on the Class Settlement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 06-01-21 | EmaiL OC following up on the Class Settlement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 06-04-21 | Draft Status Repott and emaiL OC and ECF to the Court on Class Settlement Update | 0.33 | 200 | 66.00 |
| Aaron Schweitzer08 | 06-04-21 | revise Ortega damage calculation (2016) | 3.50 | 400 | 1400.00 |
| Aaron Schweitzer08 | 06-04-21 | confer w/OC re settlement positions | 0.17 | 400 | 68.00 |
| Aaron Schweitzer08 | 06-04-21 | revise Ortega damage calculation (2016) | 2.50 | 400 | 1000.00 |
| Preethi Kilaru4 | 06-08-21 | ACDPT Dkt no. 95-95+1 | 0.17 | 200 | 34.00 |
| Aaron Schweitzer08 | 07-06-21 | review documents, propose new settlement offer | 1.08 | 400 | 432.00 |
| Preethi Kilaru4 | 07-06-21 | Draft status Report and send it to OC | 0.42 | 200 | 84.00 |
| Preethi Kilaru4 | 07-06-21 | File Status Report | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 08-05-21 | Email OC following up on the class settlement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 08-17-21 | Email OC with Class Settlement Status | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 08-18-21 | Research PPP loans, Access and email OC req Def Financial requests | 0.58 | 200 | 116.00 |
| Preethi Kilaru4 | 08-31-21 | Email OC regarding Class Settlement Discussion | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 09-01-21 | Email OC requesting to Email on the Class Settlement Discussions | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 09-02-21 | Email OC with the settlement | 0.17 | 200 | 34.00 |
| Aaron Schweitzer08 | 09-03-21 | determine new settlement position, communicate to OC | 0.75 | 400 | 300.00 |
| Preethi Kilaru4 | 09-13-21 | Draft Status Report and Email OC and ECF to the Court | 0.50 | 200 | 100.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 09-13-21 | ACDPT dkt no. 99 Status Report | 0.07 | 200 | 14.00 |
| Preethi Kilaru4 | 09-13-21 | Email OC on Status Report to the Court | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 09-21-21 | Email OC following up on the Class settlement status | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 10-05-21 | Email OC on Class Settlement | 0.03 | 200 | 6.00 |
| Preethi Kilaru4 | 10-06-21 | Email OC following up on Class Settlement | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 10-08-21 | email OC w/new class settlement offer after receiving 20211007 counteroffer | 0.25 | 400 | 100.00 |
| Preethi Kilaru4 | 10-19-21 | Email OC req update on Class Settlement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 10-29-21 | Draft Status Report and Email OC and ECF to the Court | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 10-30-21 | ACDPT dkt no. 101 and Review email tags | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 11-01-21 | ACDPT dkt no. 101-102 | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 11-18-21 | Email OC on the status of the settlement | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 11-19-21 | email OC following up on the OOJ | 0.05 | 200 | 10.00 |
| Preethi Kilaru4 | 11-19-21 | Review Def Email and Email OC back with the proposed time to meet and confer | 0.05 | 200 | 10.00 |
| Preethi Kilaru4 | 12-08-21 | Email OC following up on the settlement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 12-20-21 | Email OC req update on Class Settlement Terms | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 12-22-21 | Follow up with OC on Class Settlement Term | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 12-28-21 | Draft Status Report and Email OC and ECF to the Court | 0.50 | 200 | 100.00 |
| Aaron Schweitzer08 | 12-30-21 | draft notice of motion for preliminary settlement approval and proposed order granting motion for preliminary settlement approval | 2.50 | 400 | 1000.00 |
| John Troy13 | 12-30-21 | Follow Up OC re Settlement Allocation Status | 0.25 | 650 | 162.50 |
| Preethi Kilaru4 | 01-04-22 | ACDpt class settlement agreement deadline | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 01-17-22 | Follow up with OC on the Settlement Agreement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 01-25-22 | Follow up with OC on the Settlement Agreement | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 01-27-22 | draft class settlement agreement | 7.00 | 400 | 2800.00 |
| Preethi Kilaru4 | 02-03-22 | Followup with OC on settlement | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 02-04-22 | draft class settlement agreement | 5.25 | 400 | 2100.00 |
| Preethi Kilaru4 | 02-10-22 | Follow up with OC on Settlement | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 02-16-22 | Email OC requesting for Extension of Time to Submit the Class Settlement Agreement | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 02-19-22 | Draft Status letter for Extension of Time to Submit the Settlement Agreement and ECF to the Court | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 04-26-22 | Email OC status on class settle agreement and extension req to submit the settlement agreement | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 04-26-22 | Draft Letter motion to extend time to submit class settlement agreement and ecf to the court | 0.42 | 200 | 84.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

# Invoice

Thursday, April 20, 2023

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 04-27-22 | Call OC to get the status on the class settlement agreement | 0.17 | 200 | 34.00 |
| Preethi Kilaru4 | 04-28-22 | ACDPT dkt no. 107 | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 05-02-22 | Email OC following up on the settlement Agreement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 05-04-22 | Email OC following up on the class settlement agreement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 05-09-22 | Email OC following up on the class settlement agreement | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 05-11-22 | Email OC on the class settlement agreement status | 0.08 | 200 | 16.00 |
| Preethi Kilaru4 | 05-12-22 | Email OC req for Class Settle Agreement | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 05-13-22 | Follow up with OC on the Class Settle Agreement | 0.17 | 200 | 34.00 |
| Aaron Schweitzer08 | 05-15-22 | briefly review Defendants' edits to draft settlement agreement | 0.33 | 400 | 132.00 |
| Aaron Schweitzer08 | 05-18-22 | review Ocs' 20220514 edits to proposed settlement agreement, comment for discussion with JT | 1.00 | 400 | 400.00 |
| Aaron Schweitzer08 | 05-19-22 | further revise class settlement | 1.00 | 400 | 400.00 |
| Preethi Kilaru4 | 05-27-22 | Draft Letter Req extension of time to file Class Settlement Agreement and EcF to the Court | 0.50 | 200 | 100.00 |
| Aaron Schweitzer08 | 06-01-22 | request extension of time to file motion for preliminary approval | 0.25 | 400 | 100.00 |
| Aaron Schweitzer08 | 06-23-22 | revise class settlement agreement | 2.00 | 400 | 800.00 |
| Aaron Schweitzer08 | 06-29-22 | Follow up re Class Settle Agreement | 0.20 | 400 | 80.00 |
| Aaron Schweitzer08 | 07-01-22 | Follow up re Class Settle Agreement | 0.10 | 400 | 40.00 |
| Aaron Schweitzer08 | 07-06-22 | Follow up re Class Settle Agreement | 0.10 | 400 | 40.00 |
| Aaron Schweitzer08 | 07-07-22 | Follow up re Class Settle Agreement | 0.10 | 400 | 40.00 |
| Aaron Schweitzer08 | 07-08-22 | Follow up re Class Settle Agreement | 0.10 | 400 | 40.00 |
| Aaron Schweitzer08 | 07-12-22 | Follow up re Class Settle Agreement | 0.10 | 400 | 40.00 |
| Preethi Kilaru4 | 07-12-22 | Email OC following up on the settlement agreement | 0.08 | 200 | 16.00 |
| Aaron Schweitzer08 | 07-13-22 | make further changes to settlement agreement (continued) | 0.92 | 400 | 368.00 |
| Aaron Schweitzer08 | 07-13-22 | review defendants' changes to settlement agreement | 0.92 | 400 | 368.00 |
| Aaron Schweitzer08 | 07-13-22 | make further changes to settlement agreement | 0.58 | 400 | 232.00 |
| Aaron Schweitzer08 | 07-20-22 | revise settlement agreement in light of meet and confer, send to OC | 0.25 | 400 | 100.00 |
| Aaron Schweitzer08 | 07-20-22 | meet and confer w/OC re: settlement agreement | 0.50 | 400 | 200.00 |
| Aaron Schweitzer08 | 07-27-22 | review defendants' proposed revisions to settlement agreement | 0.75 | 400 | 300.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Tiffany Troy05 | 07-27-22 | Draft Joint MfExtension of Time, Email to OC | 0.50 | 250 | 125.00 |
| Aaron Schweitzer08 | 07-29-22 | review & revise class settlement agreement | 0.33 | 400 | 132.00 |
| John Troy13 | 08-01-22 | Follow up re Class Settle Agreement | 0.20 | 650 | 130.00 |
| John Troy13 | 08-02-22 | Follow up re Class Settle Agreement to Finalize | 0.20 | 650 | 130.00 |
| John Troy13 | 08-02-22 | Follow up re Class Settle Agreement | 0.20 | 650 | 130.00 |
| John Troy13 | 08-02-22 | Follow up re Class Settle Agreement, Provide Info re Administrator | 0.50 | 650 | 325.00 |
| Tiffany Troy05 | 08-09-22 | Confer with Client Astudillo RE Settlement Agreement; sign | 0.50 | 250 | 125.00 |
| Aaron Schweitzer08 | 08-09-22 | send motion papers to OC for review | 0.08 | 400 | 32.00 |
| Aaron Schweitzer08 | 08-09-22 | draft notice of motion for settlement approval, proposed order, and memorandum of law in support of motion | 1.50 | 400 | 600.00 |
| Aaron Schweitzer08 | 08-09-22 | draft declaration in support of motion for settlement approval, and class notice | 1.00 | 400 | 400.00 |
| Tiffany Troy05 | 08-10-22 | Confer with Client Diaz Cruz RE Settlement Agreement; sign | 0.50 | 250 | 125.00 |
| Tiffany Troy05 | 08-10-22 | Confer with Client Zhu RE Settlement Agreement; sign | 0.75 | 250 | 187.50 |
| Aaron Schweitzer08 | 08-17-22 | file motion for preliminary approval | 0.17 | 400 | 68.00 |
| Aaron Schweitzer08 | 08-17-22 | review defs' proposed changes to preliminary approval motion papers, accept, send finalized versions to OC | 0.42 | 400 | 168.00 |
| Preethi Kilaru4 | 09-01-22 | Review Def emails and Req for CAFA documents | 0.25 | 200 | 50.00 |
| John Troy13 | 04-20-23 | Draft Response in Further Support of Class Settlement; Compile Exhibits and ECF to the Court | 5.50 | 650 | 3575.00 |

**Total Billables**    **$103,148.50**

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

Thursday, April 20, 2023

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Expense Description | Expense Date | Expense Amount |
|---|---|---|
| 010 usdc Filing Fee Index Number | 03-11-18 | $400.00 |
| 020  Process Server Summons & Complaint- TAO TAO REN | 06-12-18 | $125.00 |
| 020  Process Server Summons & Complaint- MING REN XU | 06-12-18 | $125.00 |
| 020  Process Server Summons & Complaint-  XIANG QI CHEN | 06-12-18 | $125.00 |
| 020  Process Server Summons & Complaint-  YI ANG SHAO | 06-12-18 | $125.00 |
| 020  Process Server Summons & Complaint-  TAI HE TRADING CORP. | 06-12-18 | $125.00 |
| 020  Process Server Serve Summons & Complaint -WANRONG TRADING CORP | 06-12-18 | $125.00 |
| 073 Travel Mileage 0.575*2*15m $17.25 +$20 parking Manhattan nysd 2015 | 08-02-18 | $37.25 |
| Postage RE Notice of Pendency xn copies | 06-02-19 | $122.21 |
| Envelope + Return Envelope RE Notice of Pendency x.25/envelope x 2 x101 copies | 06-02-19 | $50.50 |
| Notice of Pendency + Consent to Join Form (English and Translated Chinese) 8x101 copies  /.2 per page | 06-02-19 | $161.60 |
| Design Notice of Pendency + Consent to Join Form Envelope | 06-02-19 | $50.00 |
| MCCC Notice of Pendency Mailing (Printing+Envolopes+Postage) | 07-09-19 | $147.84 |
| | Total Expenses | **$1,719.40** |

| | |
|---|---|
| Total Billables | $103,148.50 |
| Total Expenses | $1,719.40 |
| Total Payments | $0.00 |
| Outstanding | $104,867.90 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**



## Pay.gov Payment Confirmation: NYED CM ECF

1 message

**notification@pay.gov** <notification@pay.gov>                                                    Sun, Mar 11, 2018 at 4:18 PM
To: "johntroy@troypllc.com" <johntroy@troypllc.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 268BCEM4
Agency Tracking ID: 0207-10265016
Transaction Type: Sale
Transaction Date: Mar 11, 2018 4:18:33 PM

Account Holder Name: John Troy
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************4556

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



**GQ PRINTING**
Offset Printing • Copy • Color Copy
E-mail: gqprinting@gmail.com

136-19 41st Avenue
Flushing, NY 11355
Phone 718.939.6841
Fax    718.939.0220

DATE: 7/8/2019

NAME Wanrong

ADDRESS Notice of Pendency Printing
PHONE Spanish.

| Quantity | Description | Amount |
|----------|-------------|--------|
| 430 | | 25.80 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NO CREDIT CARDS OR DEBIT CARDS ACCEPTED**

Sub-Total

Deposit

Balance

pick up date |_____

Total   25.80

