# LEGAL SERVICES AGREEMENT/ACUERDO LEGAL

1. **IDENTIFICATION OF PARTIES.** This agreement is made between JOHN TROY & ASSOCIATES/TROY LAW, pllc, hereafter referred to as "Attorneys," and ZHU, LI ZHEN hereafter referred to as "Client."

   **IDENTIFICACIÓN DE LOS PARTIDOS.** Este acuerdo se hace entre lo sucesivo JOHN TROY & ASSOCIATES/ TROY LAW, pllc denominado, "Abogados" y _____sucesivo denominado, "Cliente."

2. **Scope of Representation.** The Scope of Representation to be provided by Attorney to Client is limited to the following matter: Representation of Client with respect to his/her claim for damages for labor disputes arising out of his employment including class and/or collective action with from _____ Client understands that legal services may include services rendered by legal staff, other attorney, or subordinates under John Troy's direction. John Troy agrees to be ultimately responsible to client for quality of legal services rendered.

   **Alcance de la representación.** El alcance de la representación que ha de proporcionar abogado con el cliente es la siguiente cuestión: Representación del cliente con respecto a su reclamación de daños y perjuicios por los conflictos laborales que surjan de su empleo, incluyendo la clase y/o la acción colectiva con _____ desde _____. Cliente entiende que los servicios jurídicos pueden incluir servicios prestados por el personal jurídico, otro abogado o subordinados bajo la dirección de John Troy. John Troy se compromete a ser responsable en última instancia de cliente para la calidad de los servicios jurídicos prestados.



4. **RESPONSIBILITIES OF ATTORNEY AND CLIENT.** Attorney will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorney and keep Attorney reasonably informed of developments and of Client's address, telephone number, and

whereabouts. According to the damage/injuries calculations, the Client agrees that the share of the recovery and the obligation for legal expenses incurred is the same as 2/3    (        ).

**RESPONSIBILIDADES DE ABOGADO Y CLIENTE.** Abogado realizara servicios legales que se solicita en este acuerdo, mantenga cliente informado do los avances y desarrollos, y responder con prontitud a las consultas y comunicaciones del cliente. Cliente sera veraz y cooperativo con el abogado y mantener abogado razonablemente informado de la evolucion y de la direccion del cliente, numero de telefono, y su paradero. De acuerdo con el calculo de los danos/ lesions, el cliente esta de acuerdo en que la partipacion de la recuperacion y la obligacion de los gastos lagales incurrido es el mismo que el   2/3   (        ).

**5. ATTORNEY'S FEES.** The amount Attorney will receive for attorney's fees for the legal services to be provided under this agreement will be:   1/3   of the Net Recovery, excluding court awarded attorney fees. It is specifically understood that all attorney fees awarded by the court or accrued by Attorneys are and shall remain the property of attorney.

**LOS HONORARIOS DEL ABOGADO.** La cantidad que el abogado recibirá de los honorarios del abogado de los servicios jurídicos que se proporcionan bajo este acuerdo será el   1/3   (        ) de la recuperación neto, fuero de los tribunales otorgado honorarios de abogados. Se entiende especificamente que todos los honorarios de abogado otorgado por la corte o acumulados por los abogados son y seguirán siendo propiedad del abogado.

"Net recovery" means the amount of recovery remaining after the total amount received (whether by settlement, arbitration award, or court judgment) has been reduced by the sum of all "costs," as defined in Paragraph 7 of this agreement. The 1st year income for any reinstatement of employment shall be counted as recovery, and subject to attorney's fees.

"Recuperación neta" significa la cantidad de recuperación que queda después de la cantidad total recibida ( ya sea por acuerdo, laudo arbitral o sentencia judicial) se ha reducido por la suma de todos los «costos », según se define en el párrafo 7 del presente acuerdo. El ingreso primero del ano para cualquier reintegro de empleo contará como de recuperación, y con sujeción a los honorarios del abogado. If payment of all or any part of the amount to be received will be deferred (such as in the case of an annuity, a structured settlement, or periodic payments), the "total amount received," for purposes of calculating the attorney's fees, will be the initial lump-sum payment plus the present value, as of the time of the settlement, final arbitration award, or final judgment, of the payments to be received thereafter. The attorney's fees will be paid out of the initial lump-sum payment. If the payment is insufficient to pay the attorney's fees in full, the balance will be paid from subsequent payments of the recovery before any distribution to Client. Client is informed that this Attorney's fee is not set by law but rather is negotiable between the Attorney and the Client.

Si se aplazase el pago de todo o parte de la cantidad a percibir (como en el caso de una anualidad, una solucion estructurada, o pago periódicos), la "cantidad total recibida," para efectos del cálculo de los honorarios del abogado, será el pago de cuota fija inicial más el valor, a partir del momento del acuerdo, laudo arbitral firme o sentencia firme, de los pagos que recibimos a partir de entonces. Los honorarios del abogado serán pagados del pago de cuota fija inicial. Si el pago es insuficiente para pagar los honorarios del abogado en su totalidad, el saldo será pagado de los pagos posteriores de la recuperación antes de cualquier distribución al cliente. Cliente es informado de que

los honorarios de este abogado no están establecido por la ley, sino más bien es negociable entre el abogado y el cliente.

**If there is no net recovery, Attorney will receive no attorney's fees.**
**Si no hay una recuperacion neta, el abogado no recibira honorarios de abogado.**



**7. COSTS.** Attorney will advance all "costs" in connection with Attorney's representation of Client under this agreement. Costs include, but are not limited to, court filing fees, deposition costs, expert fees and expenses, investigation costs, long-distance telephone charges, messenger service fees, photocopying expenses, and process server fees.

**COSTOS.** Abogado avanzara todos los «costos», en relación con la representación del abogado de Cliente en virtud de este acuerdo. Los «costos», incluyen, pero no están limitados a, los honorarios de presentación judicial, costos de deposición, honorarios de expertos y gastos, costos de investigación, gastos de teléfono de larga distancia, cargos por servicio de mensajería, gastos de fotocopias, y los honorarios del servidor de procesos.







**19. ATTORNEY'S FEES AND COSTS IN ACTION ON AGREEMENT.** The prevailing party in any action or proceeding to enforce any provision of this agreement will be awarded reasonable attorney's fees and costs incurred in that action or proceeding or in efforts to negotiate the matter.

**LOS HONORARIOS DEL ABOGADO Y LOS COSTOS EN ACCIÓN EN ACUERDO.** El partido que prevalezca en cualquier acción o procedimiento para hacer cumplir cualquier disposición de este acuerdo se adjudicara honorarios y costos incurridos en acciones o procedimientos, o en los esfuerzos para negociar el asunto del abogado razonable.


LI zhen zhu

zhen li zhu

———————————  ———————  ——————————————
Date            Client    Signature     LI ZHEN ZHU
Fecha           Cliente   Asignatura


———————————  John Troy   ——————————————
Date         Attorney    Signature
Fecha        Abogado     Asignatura