# LEGAL SERVICES AGREEMENT/ACUERDO LEGAL

1. **IDENTIFICATION OF PARTIES.** This agreement is made between JOHN TROY & ASSOCIATES/TROY LAW, pllc, hereafter referred to as "Attorneys," and <u>Astudillo Ortega, Fausto</u>, hereafter referred to as "Client."

**IDENTIFICACIÓN DE LOS PARTIDOS.** Este acuerdo se hace entre lo sucesivo JOHN TROY & ASSOCIATES/ TROY LAW, pllc denominado, "Abogados" y <u>Astudillo Ortega, Fausto</u> sucesivo denominado, "Cliente."

2. **Scope of Representation.** The Scope of Representation to be provided by Attorney to Client is limited to the following matter: Representation of Client with respect to his/her claim for damages for labor disputes arising out of his employment including class and/or collective action with **Wanrong** during_____. Client understands that legal services may include services rendered by legal staff, other attorney, or subordinates under John Troy's direction. John Troy agrees to be ultimately responsible to client for quality of legal services rendered.

**Alcance de la representación.** El alcance de la representación que ha de proporcionar abogado con el cliente es la siguiente cuestión: Representación del cliente con respecto a su reclamación de danos y perjuicios por los conflictos laborales que surjan de su empleo, incluyendo la clase y/o la acción colectiva con **Wanrong** durante_____. Cliente entiende que los servicios jurídicos pueden incluir servicios prestados por el personal jurídico, otro abogado o subordinados bajo la dirección de John Troy. John Troy se compromete a ser responsable en última instancia de cliente para la calidad de los servicios jurídicos prestados.



4. **RESPONSIBILITIES OF ATTORNEY AND CLIENT.** Attorney will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorney and keep Attorney reasonably informed of developments and of Client's address, telephone number, and whereabouts. According to the damage/injuries calculations, the Client agrees that the share of the recovery and the obligation for legal expenses incurred is the lesser of 1) **TWO THIRDS** (2/3) of the total recovery or 2) 100% of the compensatory damages plus 100% of the liquidated damages calculated by the Attorney.

**RESPONSIBILIDADES DE ABOGADO Y CLIENTE.** Abogado realizara servicios legales que se solicita en este acuerdo, mantenga cliente informado do los avances y desarrollos, y responder con prontitud a las consultas y comunicaciones del cliente. Cliente sera veraz y cooperativo con el abogado y mantener abogado razonablemente informado de la evolucion y de la direccion del cliente, numero de telefono, y su paradero. De acuerdo con el calculo de los danos/ lesions, el cliente esta de acuerdo en que la partipacion de la recuperacion y la obligacion de los gastos legales incurrido es el menor de 1) **DOS TERCERAS (2/3)** de la recuperación total o 2) 100% de los daños compensatorios más 100% de los daños liquidados calculados por el Abogado.

**5. ATTORNEY'S FEES.** The amount Attorney will receive for attorney's fees for the legal services to be provided under this agreement be the total recovery minus the amount specified in paragraph 4. Notwithstanding, the court may additionally award Attorney for attorneys' fees and costs. It is specifically understood that all attorney fees awarded by the court or accrued by Attorneys are and shall remain the property of attorney.

**LOS HONORARIOS DEL ABOGADO.** La cantidad que el abogado recibirá de los honorarios del abogado do los servicios jurídicos que se proporcionan bajo este acuerdo será el **UNA TERCERA (1/3)** de la recuperación neto, fuero de los tribunales otorgado honorarios de abogados. Se entiende específicamente que todos los honorarios de abogado otorgado por la corte o acumulados por los abogados son y seguirán siendo propiedad del abogado.

El monto que recibirá el Abogado por los honorarios de los abogados por los servicios legales que se prestarán en virtud de este acuerdo será la recuperación total menos el monto especificado en el párrafo 4. No obstante, el tribunal podrá otorgar adicionalmente al Abogado por los honorarios y costos de los abogados. Se entiende específicamente que todos los honorarios de abogados otorgados por el tribunal o acumulados por los Abogados son y seguirán siendo propiedad del abogado.

If payment of all or any part of the amount to be received will be deferred (such as in the case of an annuity, a structured settlement, or periodic payments), the "total amount received," for purposes of calculating the attorney's fees, will be the initial lump-sum payment plus the present value, as of the time of the settlement, final arbitration award, or final judgment, of the payments to be received thereafter. The attorney's fees will be paid out of the initial lump-sum payment. If the payment is insufficient to pay the attorney's fees in full, the balance will be paid from subsequent payments of the recovery before any distribution to Client. Client is informed that this Attorney's fee is not set by law but rather is negotiable between the Attorney and the Client.

Si se aplazase el pago de todo o parte de la cantidad a percibir (como en el caso de una anualidad, una solución estructurada, o pago periódicos), la "cantidad total recibida," para efectos del cálculo de los honorarios del abogado, será el pago de cuota fija inicial más el valor, a partir del momento del acuerdo, laudo arbitral firme o sentencia firme, de los pagos que recibimos a partir de entonces. Los honorarios del abogado serán pagados del pago de cuota fija inicial. Si el pago es insuficiente para pagar los honorarios del abogado en su totalidad, el saldo será pagado de los pagos posteriores de la recuperación antes de cualquier distribución al cliente. Cliente es informado de que los honorarios de este abogado no están establecido por la ley, sino más bien es negociable entre el abogado y el cliente.

**If there is no net recovery, Attorney will receive no attorney's fees.**
**Si no hay una recuperacion neta, el abogado no recibira honorarios de abogado.**



7. **COSTS.** Attorney will advance all "costs" in connection with Attorney's representation of Client under this agreement. Costs include, but are not limited to, court filing fees, deposition costs, expert fees and expenses, investigation costs, long-distance telephone charges, messenger service fees, photocopying expenses, and process server fees.

**COSTOS.** Abogado avanzara todos los "costos", en relación con la representación del abogado de Cliente en virtud de este acuerdo. Los costos, incluyen, pero no están limitados a, los honorarios de presentación judicial, costos de deposición, honorarios de expertos y gastos, costos de investigación, gastos de teléfono de larga distancia, cargos por servicio de mensajería, gastos de fotocopias, y los honorarios del servidor de procesos.









Date/ Fecha :        Client/ Cliente:        SIGNED BY: _____
                                             Astudillo Ortega, Fausto

Date/ Fecha :        Attorney/ Abogado : JOHN TROY        SIGNED BY:_____